NEW YORK TITLE AND MORTGAGE COMPANY, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, Appellant, *v.* IRVING TRUST COMPANY, Respondent.

(Submitted October 14, 1935; dec'ded October 22, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 268 N. Y. 547.)

ROSE HAGEN, Appellant, *v.* VILLAGE OF MONTGOMERY, Respondent.

(Argued October 9, 1935; decided October 25, 1935.)